UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MATTHEW JORDAN<br><br>Plaintiff,<br><br>v.<br><br>MATCO TOOLS CORPORATION<br><br>Defendant. | CASE NO. 1:21-cv-00490-JMS-MPB<br><br>Hon. Jane Magnus-Stinson<br><br>Hon. Matthew P. Brookman |

**ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff, having filed with this Court a Notice of Voluntary Dismissal of Action and the Court having reviewed same:

IT IS THEREFORE ORDERED by this Court that this cause be and the same is hereby dismissed with prejudice and said parties to pay their own costs and attorneys' fees [8].

Date: 4/13/2021

*(signature)*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**DISTRIBUTION:**

To all counsel of record via the CM/ECF system